RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Jose Jesus Cortes-Bravo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:14-cr-412-RFB-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JOSE JESUS CORTES-BRAVO, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for JOSE JESUS CORTES-BRAVO, that the sentencing hearing currently scheduled for Wednesday, June 24, 2015 at the hour of 10:30 a.m., be vacated and set to a date and time convenient to this Court but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The presentence investigation report was disclosed on June 10, 2015. Additional time is needed to review it with client.

2. Additionally, the presentence investigation report does not comport with the Guidelines calculations contained in the guilty plea agreement. Defense counsel requires time to prepare and draft formal objections with respect to the offense level and criminal history category.

1

3. Defense counsel is out of the jurisdiction at a conference from June 17, 2015 to June 20, 2015.

4. Additionally, defense counsel will be in trial in United States v. Warras, District Court Case No. 2:13-cr-439-LDG-VCF, on Tuesday, July 21, 2015. The trial is expected to last approximately two (2) weeks.

5. The defendant is incarcerated and agrees to the continuance in this matter.

6. This is the first stipulation to continue filed herein.

DATED this 17th day of June, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of Attorney |
|---|---|
| */s/ Raquel Lazo* | */s/ Robert A. Brok* |
| By: RAQUEL LAZO,<br>Assistant Federal Public Defender | By: ROBERT A. BORK,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GREGORY WALKER,<br><br>　　　　Defendant. | 2:14-cr-412-RFB-VCF<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, June 24, 2015 at the hour of 10:30 a.m., be vacated and continued to **Wednesday, August 26, 2015** at the hour of **10:30 a**.m.

DATED this 17th day of June, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3